UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| DESMOND GRIER, | : | |
| | : | Civil Action No. 18-2796 (NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | OPINION |
| | : | |
| THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, | : | |
| | : | |
| Respondent. | : | |

APPEARANCE:
Desmond Grier
Southern State Correctional Facility
4295 Route 47
Delmont, NJ 08314
    Petitioner Pro se

HILLMAN, District Judge

    Pro Se Petitioner Desmond Grier, a prisoner presently incarcerated at the Southern State Correctional Facility in Delmont, New Jersey, files this writ of habeas corpus under 28 U.S.C. § 2254, to challenge a 2016 New Jersey state court conviction.

    Local Civil Rule 81.2 provides:

> Unless prepared by counsel, petitions to this Court for a writ of *habeas corpus* . . . shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a).  Petitioner did not use the habeas form supplied by the Clerk for § 2254 petitions, i.e., AO 241 (modified):DNJ-Habeas-008(Rev.01-2014).

As a result, the Court will administratively terminate this matter and require Petitioner to submit his Petition on the correct form.  An appropriate order follows.[1]


Dated: March 6, 2018              s/ Noel L. Hillman
At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.

---

[1] Without making any findings, the Court notes that § 2254 requires that all grounds must first be exhausted in state court, 28 U.S.C. § 2254(b), and the petition must be filed within one year of the conviction becoming final, 28 U.S.C. § 2244(d)(1).